**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

November 30, 2017

No. <u>17-1480</u>

IN RE: GOOGLE INC. COOKIE PLACEMENT CONSUMER PRIVACY LITIGATION

Theodore H. Frank, Appellant

(D. Del. No. 12-md-02358)

Present:     AMBRO, KRAUSE and RENDELL, <u>Circuit Judges</u>

1. Motion by Electronic Privacy Information Center for Leave to file Amicus Brief Out of Time also construed as Leave to file Amicus Brief Out of Time and Leave to Proceed as Amicus Curiae in Support of Appellant.

2. Response in Opposition by Appellees.

                                                            Respectfully,
                                                            Clerk/mcw

ARGUED: <u>11/14/2017</u>

_____ **O R D E R** _____

The foregoing Motion by Electronic Privacy Information Center for leave to file Amicus Brief out of time also construed as leave to file Amicus Brief out of time and leave to proceed as Amicus Curiae in support of Appellant is granted.

                                                            By the Court,

                                                            <u>s/ Thomas L. Ambro, Circuit Judge</u>

Dated: December 4, 2017
MCW/cc:     All Counsel of Record